1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11    JOSE D. SANCHEZ,                        Case No. 2:19-cv-01310-ODW (GJS)
12                    Petitioner
13              v.                             **JUDGMENT**
14    RAYMOND MADDEN, Warden,
15                    Respondent.
16
17
18          Pursuant to the Court's Order Accepting Findings and Recommendations of
19    United States Magistrate Judge,
20
21          IT IS ADJUDGED THAT this action is dismissed with prejudice.
22
23    DATE: November 20, 2020
24                                        _____
25                                        OTIS D. WRIGHT, II
                                          UNITED STATES DISTRICT JUDGE
26
27
28